[No. 21107-0-III.   Division Three.   May 6, 2003.]

SOONTHON THONGCHOOM, ET AL., *Individually and as Guardians, Appellants*, v. GRACO CHILDREN'S PRODUCTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-2-00329-4, Donald W. Schacht, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ. Now published at 117 Wn. App. 299.

[No. 27637-2-II.   Division Two.   May 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLO J. IVIE, JR., *Appellant*.

Appeal from judgments of the Superior Court for Cowlitz County, No. 97-1-00388-9, Stephen M. Warning, J., entered July 17 and 20, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J.; Morgan, J., dissenting.

[No. 27897-9-II.   Division Two.   May 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HEATHER NICOLE WILLIAMS, *Appellant*.

Appeal from judgments of the Superior Court for Clark County, No. 00-1-01535-6, Robert L. Harris, J., entered September 11 and 26, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28036-1-II.   Division Two.   May 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSEY FERN REED, *Appellant*.

Appeal from judgments of the Superior Court for Cowlitz County, No. 99-1-01242-6, Stephen M. Warning, J., entered November 1 and 2, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Bridgewater and Armstrong, JJ.